UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br> Plaintiff, <br> v. <br> CHAN-WOONG PARK, <br> Defendant. | Case No.16-cv-02366-BLF (VKD) <br><br> **ORDER RE PLAINTIFF'S RESPONSE TO MARCH 13, 2019 DISCOVERY LETTER** <br><br> Re: Dkt. No. 74 |

On March 13, 2019, defendant Chan-Woong Park filed a unilateral discovery letter brief, claiming that plaintiff Power Integrations, Inc. ("PI") has not completed its document production or served its supplemental written discovery responses, even though the parties' agreed-upon deadlines for doing so have passed. Additionally, Mr. Park says that PI has unduly delayed scheduling the depositions of several witnesses. PI reportedly also refused to participate in the preparation of a joint discovery letter.

By **noon on Friday, March 15, 2019**, PI shall file a response to Mr. Park's discovery letter, including a substantive statement of its position on the issues, as well as its proposed resolution of the dispute. PI's letter shall comply with the word limits set forth in the undersigned's Standing Order for Civil Cases.[1]

**IT IS SO ORDERED.**

Dated: March 14, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] https://cand.uscourts.gov/filelibrary/3438/Standing-Order-for-Civil-Cases-January-2019.pdf