UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br> Plaintiff, <br> v. <br> CHAN-WOONG PARK, <br> Defendant. | Case No.16-cv-02366-BLF (VKD) <br><br> **ORDER SETTING DISCOVERY HEARING** <br><br> Re: Dkt. Nos. 74, 76 |

On March 13, 2019, defendant filed a unilateral discovery letter concerning a pending discovery dispute. Dkt. No. 74. Plaintiff filed a responsive letter on March 15, 2019. Dkt. No. 75. The Court sets a discovery hearing for Wednesday, March 20, 2019, 10:00 a.m. No further written submissions will be permitted with respect to these disputes, absent leave of court.

**IT IS SO ORDERED.**

Dated: March 15, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge