UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHAN-WOONG PARK,<br><br>Defendant. | Case No.16-cv-02366-BLF (VKD)<br><br>**ORDER SETTING APRIL 8, 2019 DISCOVERY CONFERENCE** |

On April 1, 2019, defendant Mr. Park filed an administrative motion for leave to file unilateral discovery letters regarding certain discovery disputes. Dkt. No. 90. The Court denied that motion on April 2, 2019. Dkt. No. 91. On April 3, 2019, plaintiff Power Integrations filed a motion for reconsideration of that order. Dkt. No. 93.

Based on the parties' filings to date, the Court concludes that a further discovery conference is necessary and sets one for April 8, 2019, 10:00 a.m. in Courtroom 2.[1] No further written submissions will be permitted with respect to these matters, absent leave of court. Lead counsel and counsel with knowledge of the underlying discovery issues shall appear in person. At the conference, the parties shall be prepared to discuss all pending discovery disputes, whether or not those issues have been raised in their respective April 1 and April 3 filings.

**IT IS SO ORDERED.**

Dated: April 4, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] The Court understands that the parties have scheduled depositions to occur between April 11 and 19, 2019.