UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CHAN-WOONG PARK,<br><br>    Defendant. | Case No.16-cv-02366-BLF (VKD)<br><br>**ORDER DENYING REQUEST TO CONTINUE APRIL 8, 2019 DISCOVERY CONFERENCE**<br><br>Re: Dkt. No. 96 |

Lead counsel for Power Integrations, Inc. ("PI"), David Miclean, requests a continuance of the discovery conference set for April 8, 2019. Other than April 8, 2019, the Court is unavailable for a discovery conference prior to the further depositions that the parties say are scheduled to begin on April 11, 2019. Accordingly, the request to continue the discovery conference is denied. However, Mr. Miclean's presence at the April 8 discovery conference is excused. Other counsel for PI who are knowledgeable about the matters in dispute shall appear at the conference in person.

**IT IS SO ORDERED.**

Dated: April 4, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge