UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHAN-WOONG PARK,<br><br>Defendant. | Case No.16-cv-02366-BLF (VKD)<br><br>**ORDER SETTING BRIEFING AND HEARING RE MOTION FOR WITHDRAWAL OF DEEMED ADMISSIONS**<br><br>Re: Dkt. No. 119 |

On April 16, 2019, Power Integrations, Inc. ("PI") filed a Notice of Motion and Motion for Withdrawal of Deemed Admissions," and a related sealing motion. Dkt. Nos. 119, 120. The presiding judge has referred those matters to this Court for resolution. Dkt. No. 121.

PI's Motion for Withdrawal of Deemed Admissions was filed as a motion for miscellaneous administrative relief pursuant to Civil Local Rule 7-11. However, PI does not seek relief for a "miscellaneous administrative matter," and the motion should not have been filed pursuant to Civil Local Rule 7-11. This Court will instead address the matter as a regularly noticed motion.

Accordingly, the Court sets PI's Motion for Withdrawal of Deemed Admissions for hearing on May 21, 2019, 10:00 a.m. in Courtroom 2. Briefing on that motion shall proceed as follows: Mr. Park's response shall be filed by April 30, 2019. PI's reply shall be filed by May 7, 2019.

**IT IS SO ORDERED.**

Dated: April 17, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge